THE PEOPLE OF THE STATE OF NEW YORK ex rel. LEE McCANLISS, Appellant, *v.* IRENE McCANLISS, Respondent.

(Argued May 21, 1931; decided July 15, 1931.)

*Harold W. Bissell* for appellant.

*Frederick C. McLaughlin, John Reynolds* and *Wilder Goodwin* for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.